## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**SEAN MICHAEL GARMAN,**

      Plaintiff,

  vs.                      **CASE NUMBER: 8:24-cv-1561**

**COMMISSIONER OF SOCIAL SECURITY,**

      Defendant.

**Decision by Court.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the fourth sentence of 42 U.S.C. § 405(g), the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings. The parties agree that on remand, the Commissioner will offer Plaintiff an opportunity for a hearing, take further action as necessary to complete the administrative record, and issue a new decision.

All of the above pursuant to the Text Order of the Honorable Thérèse Wiley Dancks, dated March 28, 2025.

DATED: March 28, 2025

                                                                     Clerk of Court

                                                    s/_____
                                                    L. Welch
                                                    Deputy Clerk